UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-32-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MURRAY MCNEILL TODD | ORDER TO SEAL |

On motion of the Defendant, Murray McNeill Todd, and for good cause shown, it is hereby ORDERED that **DE 46** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __3__ day of May, 2024.

JAMES C. DEVER III
United States District Court Judge